UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MATHEW S. PETERIK; MATTHEW E. POWELL; and JOSEPH BUONI, III,

Plaintiffs,

v.

UNITED STATES OF AMERICA; RAYMOND E. MABUS, Secretary of the Navy; and DEPARTMENT OF THE NAVY, MARINE CORPS POLICE DEPARTMENT,

Defendants.

**JUDGMENT**

No. 7:16-CV-41-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss for lack of subject matter jurisdiction.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 24, 2017, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted. Plaintiffs' claims are dismissed without prejudice for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on March 24, 2017, and Copies To:**
Shireen Hormozdi (via CM/ECF Notice of Electronic Filing)
James Hugh Banks (via CM/ECF Notice of Electronic Filing)
Rudy E. Renfer (via CM/ECF Notice of Electronic Filing)

March 24, 2017

PETER A. MOORE, JR., CLERK
　/s/ Christa N. Baker
(By) Christa N. Baker, Deputy Clerk